| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

WILLIE JAMES JONES, §
§
    Petitioner, §
§
*versus* § CIVIL ACTION NO. 9:23-CV-130
§
DIRECTOR, TDCJ-CID, §
§
    Respondent. §

## FINAL JUDGMENT

This action came on before the court, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DENIED**.

All motions not previously ruled on are **DENIED**.

SIGNED at Beaumont, Texas, this 28th day of October, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE